

**ORDERED in the Southern District of Florida on July 12, 2022.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

VICTOR R. GABUARDI,                          CASE NO. 21-21148-BKC-LMI

          Debtor.                          CHAPTER 7

_____/

### AGREED ORDER GRANTING
### CREDITORS, TREVOR TAYLOR,
### ANA CORDERO AND PATRICIO CORDERO'S
### THIRD AGREED EX PARTE MOTION TO ENLARGE
### THE TIME TO FILE OBJECTIONS TO GLOBAL DISCHARGE AND
### DISCHARGEABILITY OF THE CREDITORS' SPECIFIC DEBTS (ECF NO. 44)

On July 11, 2022, Creditors, Trevor Taylor, Ana Cordero, and Patricio Cordero ("TCC Creditors") filed their third agreed *ex parte* motion pursuant to Fed.R.Bankr.P. 4004(b), 4007(c) and 9006(b) and Local Rule 9013-1(C)(1) and (6) to enlarge the time for the TCC Creditors to file a complaint objecting to Debtor's discharge and/or the dischargeability of specific debts owed to

the TCC Creditors ("Agreed Motion for Enlargement"). The Debtor agrees to the timely relief being sought in the Agreed Motion for Enlargement, and this form of Order.  Therefore, it is –

**ORDERED** as follows:

1.    The Agreed Motion for Enlargement is GRANTED.

2.    The deadline for the TCC Creditors to file a complaint objecting to the Debtor's discharge or the dischargeability of specific debts owed to the TCC Creditors is extended through November 30, 2022.

3.    This Order is without prejudice to further requests for extension upon good cause being shown by the TCC Creditors.

###

Submitted by:        David A. Samole, Esq.
                     Kozyak Tropin & Throckmorton, L.L.P.
                     2525 Ponce De Leon, 9th Floor
                     Miami, Florida 33134
                     Telephone:    305-372-1800
                     Facsimile:    305-372-3508
                     E-mail:        das@kttlaw.com

Copies furnished to:

David A. Samole, Esq.

[Attorney Samole is directed to serve copies of this order on all interested parties and to file a certificate of service]